ONONDAGA HOLDING CORPORATION, Respondent, v. STAR VACUUM STORES SYRACUSE CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 845.]

PHILIP POLIZZI, as Administrator of the Estate of LUIGI "LOUIS" POLIZZI, Deceased, Appellant, v. LEWIS "LOUIS" RUGGIERO, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 767.]

MONROE COVERALL SERVICE, INC., et al., Respondents, v. JOHN A. BOSNER et al., Appellants.— Order entered March 17, 1954, amended *nunc pro tunc.* Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 451.]

WILLIAM A. CARROLL, Respondent, v. MARY VOIGT et al., Appellants.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 765.]

JUNE CARROLL, Respondent, v. MARY VOIGT et al., Appellants.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 766.]

MICHAEL TYLWALK, Respondent, v. MARY VOIGT et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 766.]

ANTHONY LICHERELLI, Respondent, v. MARY VOIGT et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 766.]

NICHOLAS VADAY, as Administrator of the Estate of LOUIS VADAY, Deceased, Respondent, v. MARY VOIGT et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 766.]

SAMUEL BATTAGLIA, Respondent, v. RICHARD VOIGT, Appellant. SAMUEL BATTAGLIA, Respondent, v. MARY VOIGT, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 766.]